534

FRANCIS T. DAHLE, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. FREDERICK GOODHEER, DEFENDANT-PETITIONER,
PUBLIC SERVICE COORDINATED TRANSPORT, *ET AL.*,
DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 210.

*Messrs. McKeown & Harth* for the petitioner.

*Mr. Luke A. Kiernan, Jr.,* and *Mr. Herman H. Wille, Jr.,* for the defendants-respondents.

*Mr. Serge P. Pizzi* and *Mr. Robert P. Hanley* for the plaintiffs-respondents.

February 13, 1956. Denied.

ESTELLE KLINSKY, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. HANSON VANWINKLE MUNNING ATHLETIC ASSO-
CIATION, INC., *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 38 *N. J. Super.* 439.

*Messrs. Durand, Ivins & Carton* and *Messrs. Roberts, Pillsbury & Carton* for the petitioners.

*Mr. Norman J. Currie* and *Mr. William J. O'Hagan* for the respondents.

February 13, 1956. Denied.